

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VIDAL ENTERPRISES, INC. d/b/a TOPS TIRE AND WHEEL, | § | No. 08-23-00164-CV |
| | § | Appeal from the |
| Appellant, | | |
| v. | § | 346th Judicial District Court |
| SAMUEL MALDONADO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017DCV3299) |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to set aside the judgment and remand the case to the trial court and concludes the motion should be granted. We therefore set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF JULY, 2023

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.